arising from s^d Sale pay and Satisfy the s^d Isaac Goreham the afore s^d Sum together with the Cost of this Court rendering to the owners the overplus if any there be.

Wickham

## BALTAZAR PINCKEN *et al.* VS. SLOOP *Mary Ann*, 1750

### LIBEL BEL^Z PINCKEN AND AL. VS SLOOP *Mary Ann*

COLONY OF RHODE ISLAND ETC.   At a Court of Vice Admiralty held at Newport in the Colony aforesaid on Tuesday the Seventh of August A. D. 1750.

Present the Hon'ble Sam^ll Wickham Esq Deputy Judge.

The Court being opened.

### LIBEL BEL^Z PINCKEN AND AL. VS SLOOP *Mary Ann*

Being read. And Proclamation was made for any Person or persons, to come into Court and make answer to the aforesaid Libel and no person appearing, And the Court was adjourned untill further notice.

August the 7th 1750.

COURT OF VICE ADMIRALTY   The aforegoing Libel being read and Proclamation made for any person or persons to come into Court and make answer thereto; and no person appearing a default was thereupon Enter'd. It is therefore consider'd and Decreed that they the s^d Baltazar Pincken, John Cognaud, and Henry Clavier Recover against the s^d Sloop Mary Anne that is to say the s^d Baltazar Pincken, the Sum of Sixty Pounds . . . the s^d John Cognaud the Sum of Sixty Pounds . . . in Bills of Credit of the Old Tenor being the Sums respectively due to them for their Service on board s^d Sloop Mary Anne . . . and it is further order'd and Decreed, that in case the owners of s^d Sloop or some person on their behalf do not satisfy and pay the afore s^d sums to the s^d [Baltazar Pincken], [John Cognaud], and [Henry Clavier] together with Cost of Court, within the Space of Ten days from the date hereof that then the s^d Sloop Mary Anne or Such part of her Tackle and furniture as shall be Sufficient therefor be Sold by the Marshall of this Court Publickly after giving the usual notice of the time of Sale: and that he out of the money arising from the Sale, the s^d Marshall pay and Satisfy the s^d [Baltazar], John, and Henry the sums respective to them due as afores^d and also the Cost of this Court returning to the owner the overplus if any there be.

S: Wickham Dep